UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TIFFANY RADINSKY, | ) Case No.  CV 09-9063 RC |
| | ) |
| Plaintiff, | ) NOTICE OF SETTLEMENT |
| vs. | ) |
| PROFESSIONAL DEBT MANAGEMENT, LLC, | ) |
| Defendant. | ) |

   NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff anticipates filing a notice of dismissal of this action in its entirety with prejudice within 30 days and

///

///

///

///

Notice of Settlement

1

requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after March 22, 2010, for filing dispositional documents.

Dated: February 22, 2010    KROHN & MOSS, LTD.

                                       /s/Ryan Lee
                                       Ryan Lee
                                       Attorney for Plaintiff
                                       Leslie Andrews