| | |
|---|---|
| Debbie P. Kirkpatrick, Esq. | Ryan Lee, Esq. |
| (SBN 207112) | (SBN 235879) |
| SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P. | Krohn & Moss, Ltd. |
| 3667 Voltaire Street | 10474 Santa Monica Blvd., Ste. 401 |
| San Diego, CA 92106-1253 | Los Angeles, CA 90025 |
| Tel: 619-758-1891 | Tel: 323-988-2400 |
| Fax: 619-222-3667 | Fax: 866-583-3695 |
| dkirkpatrick@sessions-law.biz | rlee@consumerlawcenter.com |

Attorney for Professional Debt Management, LLC

Attorney for Plaintiff Tiffany Radinsky

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY RADINSKY, | ) Case No. CV 09 9063 RC |
| | ) |
| | ) STIPULATION FOR DISMISSAL |
| Plaintiff, | ) PURSUANT TO [Rule 41 (a)(1)(ii)] |
| vs. | ) |
| | ) |
| PROFESSIONAL DEBT MANAGEMENT, LLC, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff TIFFANY RADINSKY and Defendant PROFESSIONAL DEBT MANAGEMENT, LLC, through their respective counsel, as follows:

Stipulation to Dismiss Entire Action With Prejudice

1

This case has been settled in its entirety. As part of said resolution, the parties agree to dismiss the entire action with prejudice, each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: March 31, 2010					KROHN & MOSS, LTD.

							*/s/ Ryan Lee*
							Ryan Lee
							Attorney for Plaintiff
							Tiffany Radinksy

Dated: March 31, 2010					SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

							*/s/ Debbie P. Kirkpatrick*
							Debbie P. Kirkpatrick
							Attorney for Defendant
							Professional Debt Management, LLC