| | |
|---|---|
| Debbie P. Kirkpatrick, Esq. (SBN 207112) SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P. 3667 Voltaire Street San Diego, CA 92106-1253 Tel: 619-758-1891 Fax: 619-222-3667 dkirkpatrick@sessions-law.biz | Ryan Lee, Esq. (SBN 235879) Krohn & Moss, Ltd. 10474 Santa Monica Blvd., Ste. 401 Los Angeles, CA 90025 Tel: 323-988-2400 Fax: 866-583-3695 rlee@consumerlawcenter.com |
| Attorney for Professional Debt Management, LLC | Attorney for Plaintiff Tiffany Radinsky |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY RADINSKY,<br><br>                    Plaintiff,<br><br>     vs.<br><br>PROFESSIONAL DEBT MANAGEMENT, LLC,<br><br>                    Defendant. | Case No. CV 09 9063 RC<br><br>[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

    Based on the stipulation of Plaintiff, TIFFANY RADINSKY and Defendant PROFESSIONAL DEBT MANAGEMENT, LLC, filed herein pursuant to Fed. R. Civ. P. 41(a)(1),

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice, each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED. April 1, 2010

          __/S/ Rosalyn M. Chapman _____
          Hon. Rosalyn M. Chapman
          United States Magistrate Judge